UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JJW PROPERTIES LLC, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>)<br>JENNIFER WILLIAMS, ET AL., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:18-CV-1013-G (BK) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this case is **REMANDED** *sua sponte* to the Dallas County Justice Court and that defendants' motion to proceed *in forma pauperis* is **DENIED**. The clerk of the court is directed to effect the remand according to the usual procedure.

**SO ORDERED**.

August 22, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**